DOCKETED
AUG 13 2004

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURA CAMP, | ) | |
| | ) | JUDGE FILIP |
| Plaintiff, | ) | |
| | ) | **04C 5321** |
| vs. | ) No. | |
| | ) | MAGISTRATE JUDGE MASON |
| BROTHERS DODGE OF | ) | |
| BARRINGTON, INC. d/b/a | ) | |
| CHAMPION DODGE OF | ) | |
| BARRINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, LAURA CAMP, by and through her attorneys, KROHN & MOSS, LTD., complaining against the Defendant, BROTHERS DODGE OF BARRINGTON, INC., and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Odometer Requirements Act, 49 U.S.C. § 32107, et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Federal Odometer Requirements Act, 15 U.S.C. § 1989 (b).

### PARTIES

3. The Plaintiff, LAURA CAMP ("Plaintiff") was at all times relevant hereto residing in the State of Illinois.

4. The Defendant, BROTHERS DODGE OF BARRINGTON, INC. d/b/a CHAMPION DODGE OF BARRINGTON is a business corporation engaged in the sale



of motor vehicles and related services and accessories. Defendant is authorized to and conducts business in the State of Illinois.

## ALLEGATIONS

5. On or about April 24, 2004, Plaintiff purchased from Defendant a 1998 Pontiac Grand Prix for valuable consideration. See Purchase Contract, attached hereto and marked Exhibit "A."

6. Prior to and at the time of Plaintiff's purchase, Defendant, acting through its duly authorized agents and salespersons, including Bob Bibbiano, represented to Plaintiff that the Grand Prix had been driven sixty-four, two hundred and nine (64,209) miles, and prepared a disclosure statement to the Plaintiff stating that the mileage was "actual". See Odometer Disclosure Statement, attached hereto as Exhibit "B."

7. The above representation was false, and the Defendant failed to properly disclose the mileage to the Plaintiff.

8. Defendant suppressed, omitted and/or concealed fact that the title issued for the Grand Prix stated "not actual mileage" on the title.

9. The Defendant intended to deceive the Plaintiff in that they failed to present information to the Plaintiff which was in the Defendant's possession, or the Defendant had easy and readily available access to the information regarding the mileage on the vehicle and the status of the vehicle's title.

10. Had Plaintiff known Defendant's representations as stated above were untrue, or had Plaintiff known that the mileage of the Grand Prix was an unknown amount, Plaintiff would not have purchased the Grand Prix.

11. Plaintiff exercised all due diligence and reasonably relied on Defendant's representations.

12. Defendant had either actual knowledge or reasonably should have known the falsity of its representations, or acted in reckless disregard for the truth or falsity of its representations.

13. Defendant intended to induce Plaintiff's reliance on Defendant's pre-sale representations.

14. Plaintiff suffered actual damages in reliance on Defendant's misrepresentations, including:

   a. purchase of an automobile which failed to conform to the basis of the bargain;

   b. loss of all monies expended towards the purchase of the Grand Prix; and,

   c. severe aggravation and inconvenience.

15. Defendant's actions as stated above constitute a violation of the Federal Odometer Requirements Act, 49 U.S.C. 32701 et. seq..

WHEREFORE, Plaintiff requests that the Court:

   a. Enter judgment against Defendant for actual, statutory, punitive and other damages to which Plaintiff is entitled;

   b. Award attorneys fees, litigation expenses and costs; and

   c. Grant other relief deemed just and appropriate.

*PLAINTIFF DEMANDS A TRIAL BY A JURY*

Respectfully submitted,
**LAURA CAMP**

By: *[signature: Stephanie Gant]*
One of her Attorneys

KROHN & MOSS, LTD.
120 West Madison Street, 10th Floor
Chicago, IL 60602
(312) 578-9428
Attorney No. 33599

# EXHIBIT A

**EXHIBIT A**

07/25/2004 14:26 84788 96 BARRINGTON LAKE APT PAGE 18



**Champion of Barrington** — 505 W. NORTHWEST HWY, BARRINGTON, IL 60010, PHONE (847) 382-5400, FAX (847) 382-5409

**Champion Chrysler of Barrington** — 630 W. NORTHWEST HWY, BARRINGTON, IL 60010, PHONE (847) 381-7500, FAX (847) 381-6697

004795
DEAL NO 34598
CTL NO 10819

| Field | Value |
|---|---|
| PURCHASER'S NAME | LAURA CAMP |
| PURCHASER'S NAME | N/A |
| ADDRESS | 2320 BYRNE |
| CITY | FOX RIVER GROVE |
| STATE | IL |
| ZIP CODE | 60021 |
| COUNTY | MCHENRY |
| DATE | 04/24/04 |
| RES. PHONE | (847)468-6366 |
| BUS. PHONE | (847)608-6320 |
| EMAIL | |

| YEAR | MAKE | SERIAL NUMBER | BODY | MODEL | CYL. | MILEAGE | STOCK# | NEW/DEMO OR USED |
|---|---|---|---|---|---|---|---|---|
| 1998 | PONTIAC | 1G2WP1212WF277941 | CP | GRAND P | | 64209 | 15958 | USED XX |

COLOR: SOURCE: SALESPERSON: BIBBIANO, BOB

**WARRANTY**

1. ☐ This vehicle is sold with the minimum power train components warranty provided under law for parts and labor.
   OR
2. ☐ This vehicle is sold as is with no warranty as to mechanical condition.
   OR
3. ☐ This vehicle is sold with the following warranty.

I approve and accept.

The seller, Champion Dodge/Chrysler of Barrington, Inc., hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, neither assumes for it any liability in connection with the sale of the vehicle. This disclaimer by the seller in no way affects the terms of the manufacturers warranty.

The items listed as non-Mopar accessories and are not warranted by Chrysler Corporation.

X _____

The service contract you purchased is non-Chrysler, therefore is not covered by Chrysler Corporation.

X _____

| | |
|---|---|
| SALES PRICE: | 7996.00 |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| DAIMLERCHRYSLER 24 MTHS 30000 MILES | 980.00 |
| GAPWISE GAP | 395.00 |
| DOCUMENTARY SERVICE FEE | 53.52 |
| SUB TOTAL | 9423.52 |
| USED CAR ALLOWANCE | N/A |
| SUB TOTAL | 9423.52 |
| STATE AND LOCAL TAXES | 623.00 |
| LICENSE TITLE AND OTHER FEES | 143.00 |
| TOTAL | 10089.52 |
| BALANCE DUE ON TRADE-IN | N/A |
| TOTAL DUE | 10089.52 |
| REBATE | N/A |
| DEPOSIT | 1500.00 |
| FINANCE CONT. | 8589.52 |
| TOTAL CREDITS | 10089.52 |
| TRADE TITLE RECIEVED ☐ | |
| CASH DUE ON DELIVERY | |

IN THE EVENT THE AUTOMOBILE COVERED BY THIS ORDER IS A USED AUTOMOBILE, THIS VEHICLE IS SOLD AS IS WITH NO WARRANTY AS TO MECHANICAL CONDITION UNLESS DEALER FURNISHES PURCHASER WITH A SEPARATE LIMITED WARRANTY.

I represent that I am of legal age and the sole owner of the car to be traded in and that said car is fully paid and lien free, except balance due or lien of $ N/A, N/A, in favor or N/A
NAME OF COMPANY     OFFICE/ACCOUNT NO.

Used car traded in ___ N/A ___
YEAR  MAKE  MODEL  STYLE  SERIAL#  MILEAGE

The undersigned warrants the used car traded in to be in good condition, to have never been used commercially, in livery, or as a taxicab, or as a police car not to have a cracked or welded block, or not to have been seriously damaged.

The undersigned constitutes dealer as his attorney-in-fact to execute reassignment of any and all documents in connection with certificates of title issued, or to be issued by Secretary of State on the used car traded in, in the same manner as the undersigned might himself do.

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that this Order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of agreement relating to the subject matters covered hereby, and that THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE. Purchaser by his execution of this Order acknowledges that he has read its terms and conditions and has received a true copy of this Order. WARRANTY, IF ANY, HAS BEEN FULLY EXPLAINED.
NO PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE ISSUED WITH THIS TRANSACTION UNLESS HEREIN STATED!

ACCEPTED BY _____ DEALER          X _____ BUYER'S SIGNATURE          04/24/2004 DATE

**EXHIBIT B**

FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN A FINE OR IMPRISONMENT.

I, __CHAMPION DODGE__ STATE THAT
(TRANSFEROR'S NAME - SELLER - PRINT)

THE ODOMETER NOW READS __64209__ MILES AND TO THE
(ODOMETER READING (NO TENTHS))
BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED BELOW, UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

☐ (1) I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.

☐ (2) I HEREBY CERTIFY THAT THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| PONTIAC | GRAND PRIX | CP |
| VEHICLE IDENTIFICATION NO. | YEAR | DEALER STOCK NO. |
| 1G2WP1212WF277941 | 1998 | 15956 |

| TRANSFEROR'S SIGNATURE (SELLER) | (PRINTED NAME) |
|---|---|
| X [signature] | Iron Cody |
| TRANSFEROR'S STREET ADDRESS (SELLER) 505 W NORTHWEST HWY | |
| (CITY) BARRINGTON, IL | (STATE) (ZIP CODE) 60010 |
| DATE OF STATEMENT 04/24/2004 | |

| TRANSFEREE'S SIGNATURE (BUYER) | (PRINTED NAME) |
|---|---|
| X Laura Camp | Laura Camp |
| TRANSFEREE'S SIGNATURE (CO-BUYER) X | (PRINTED NAME) |
| TRANSFEREE'S NAME (BUYER) LAURA CAMP | |
| TRANSFEREE'S STREET ADDRESS (BUYER) 2320 BYRNE | |
| (CITY) FOX RIVER GROVE IL 60021 | (STATE) (ZIP CODE) |

580.6 REV. 4/02

ORIGINAL - TRANSFEREE (BUYER)



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**
**AUG 13 2004**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Laura Camp

County of Residence: McHenry/Lake Co.

Plaintiff's Atty: Stephanie R. Gast
Krohn and Moss
120 W. Madison Street,
Chicago, IL 60640
312-278-9428 x221

**Defendant(s):** Brothers Dodge of Barrington, Inc. d/b/a Champion Dodge of Barrington

County of Residence: Cook Co.

Defendant's Atty:

**04C 5321**  **JUDGE FILIP**

**MAGISTRATE JUDGE MASON**

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff:- N/A
  Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 890 Other Statutory Actions

**VI. Cause of Action:** Federal Odometer Requirements act, 49 U.S.C. Section 1989

**VII. Requested in Complaint**
  Class Action: No
  Dollar Demand:
  Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: [signature]
Date: 8/12/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size**

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm                8/11/2004

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

DOCKETED
AUG 13 2004

In the Matter of

Laura Camp vs.
Brothers Dodge of Barrington d/b/a
Champion Dodge of Barrington

Case Number: **04C 5321**

JUDGE FILIP

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

MAGISTRATE JUDGE MASON

| (A) | (B) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE *(signed)* |
| NAME: Stephanie R. Gast | NAME: Larry P. Smith |
| FIRM: Krohn and Moss | FIRM: Krohn and Moss |
| STREET ADDRESS: 120 West Madison, Suite 1001 | STREET ADDRESS: 120 Madison, Suite 1001 |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: Chicago, IL 60602 |
| TELEPHONE: 312-578-9428  FAX: 866-289-0895 | TELEPHONE: 312-578-9428  FAX: 866-289-0895 |
| E-MAIL: sgast@consumerlawcenter.com | E-MAIL: lsmith@consumerlawcenter.com |
| IDENTIFICATION NUMBER: 6277514 | IDENTIFICATION NUMBER: 6217162 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☑ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE *(signed)* | SIGNATURE *(signed)* |
| NAME: David M. Marco | NAME: Amy Schwab |
| FIRM: Krohn and Moss | FIRM: Krohn and Moss |
| STREET ADDRESS: 120 W. Madison | STREET ADDRESS: 120 W. Madison, Suite 1001 |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: Chicago, IL 60602 |
| TELEPHONE: 312-578-9428  FAX: 866-289-0895 | TELEPHONE: 312-578-9428  FAX: 866-289-0895 |
| E-MAIL: dmarco@consumerlawcenter.com | E-MAIL: aschwab@consumerlawcenter.com |
| IDENTIFICATION NUMBER: 06273315 | IDENTIFICATION NUMBER: 6276189 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☐ NO ☑ | TRIAL ATTORNEY? YES ☐ NO ☑ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |