IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURA CAMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04 C 5321 |
| | ) | |
| BROTHERS DODGE OF | ) | |
| BARRINGTON, INC. d/b/a | ) | |
| CHAMPION DODGE OF | ) | |
| BARRINGTON and BANK ONE | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

FILED
JAN 19 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO ENFORCE REVISIONS TO RELEASE

NOW COMES the Plaintiff, LAURA CAMP, by and through her attorneys, KROHN & MOSS, LTD., and moves this Honorable Court enforce Plaintiff's proposed revisions to the release of claims. In support thereof, Plaintiff states as follows:

1. On or about October 5, 2004, this matter was settled based upon Plaintiff's claims brought pursuant to the Odometer Requirements Act, 49 U.S.C. § 32107, et seq., the Illinois Consumer Fraud and Deceptive Business Practices Act, and the Illinois Odometer Fraud Act.

2. On or about October 28, 2004, Plaintiff's counsel received a draft of a release from Defendant's counsel.

3. On or about November 9, 2004, Plaintiff's counsel submitted to Defendant's counsel proposed revisions to the release which removed language addressing claims for breach of warranty as Plaintiff's action was based in fraud. *See a copy of Plaintiff's proposed revisions attached hereto as Exhibit "A".*

4. On or about December 28, 2004, Plaintiff's counsel sent an e-mail to Defendant's counsel requesting a response to Plaintiff's proposed revisions to the release. *See a copy of the e-mail*

*attached hereto as Exhibit "B".*

5. Defendant's counsel has failed to respond to Plaintiff's counsel's request, resulting in the filing of this motion.

WHEREFORE, Plaintiff, prays that this Honorable Court enter an Order enforcing Plaintiff's proposed revisions to the release.

                                                  Respectfully submitted,
                                                  **LAURA CAMP**

                                            By: _____
                                                          Attorney for Plaintiff

KROHN & MOSS, LTD.
Attorneys for Plaintiff
120 W. Madison St., 10th Floor
Chicago, Illinois 60602
(312) 578-9428
I.D. No. 33599

**EXHIBIT A**

Re: *Camp v. Brothers Dodge of Barrington, Inc., d/b/a Champion Dodge of Barrington*
Case No 04 C 5321

## RELEASE OF ALL CLAIMS

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, LAURA CAMP, for and in consideration of the sum of $1,000, to the undersigned in hand paid, in the form of one or more drafts made payable to KROHN & MOSS, LTD and LAURA CAMP, the receipt of which is/are hereby acknowledged, do hereby and for HER heirs, executors and administrators, successors and assigns, release and forever discharge BROTHERS DODGE OF BARRINGTON, INC , d/b/a CHAMPION DODGE OF BARRINGTON and UNIVERSAL UNDERWRITERS GROUP, their parents, subsidiaries, affiliates, employees, representatives, agents, administrators, insurers, successors and assigns, and all other persons or organizations, both known and unknown (the "Released Parties"), from all claims and demands, actions and causes of action, which have arisen or which may arise from or may hereafter arise relating to the purchase of a 1998 Pontiac Grand Prix, VIN # 1G2WP1212WF277941, on or about April 24, 2004 and from any alleged failure of BROTHERS DODGE OF BARRINGTON, INC , d/b/a CHAMPION DODGE OF BARRINGTON ~~and~~ UNIVERSAL UNDERWRITERS GROUP to meet any obligations arising therefrom [*relating solely to the matters alleged in case number 04 C 5321*], including, but not limited to, any loss of use or consequential or incidental damages, any misrepresentations ~~or warranties~~ or failures to disclose as to the condition, quality, mileage, characteristics, equipment or performance of the vehicle in any manner, ~~any oral or written warranties, express or implied~~, any alleged fraud, statutory or otherwise, and any damages of any kind, including attorneys' fees and expenses, and including but not limited to any cause of action or claim that was part of ~~or could have been part~~ [*relating solely to the matters alleged in case number 04 C 5321*] of the litigation pending in the United States District Court for the Northern District of Illinois, Eastern Division, Case Number 04 C 5321, styled *Camp v. Brothers Dodge of Barrington, Inc., d/b/a Champion Dodge of Barrington* ("the Lawsuit")

IT IS UNDERSTOOD AND AGREED that this settlement is the compromise of doubtful and disputed claims and that the payment is not to be construed as an admission of liability on the part of the Released Parties, and that this release and settlement shall not be used by the undersigned or anyone on their behalf against the Released Parties, their agents or servants, as a waiver or estoppel or as a defense in any action which is now pending or may be brought thereafter, whether such action be asserted in a complaint or by way of cross-action, counterclaim, or set off

THE UNDERSIGNED AGREE that this Release of All Claims contains the entire agreement between the parties hereto and that the terms hereof are contractual and not a mere recital

SIGNED this _____ day of _____, 2004

THIS IS A COMPLETE RELEASE. READ IT BEFORE SIGNING

_____        _____

**EXHIBIT B**

## Michael Griggs

**From:** Gregory Moss
**Sent:** Tuesday, December 28, 2004 8:48 AM
**To:** 'aberger@mlgllaw.com'
**Subject:** Camp v. Barrington

Adam:

Please advise as to the status of your client accepting my proposed revisions to the release. If I do not hear from you by the end of this week, I will file a Motion with the court so that we can get this resolved. Thanks.

Gregory H. Moss
Krohn & Moss, Ltd.
120 West Madison, 10th Floor
Chicago, IL 60602
(312) 578-9428 ext. 216
(866) 289-0898 Fax

1/14/2005