## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAURA CAMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04 C 5321 |
| ) | |
| BROTHERS DODGE OF ) | |
| BARRINGTON, INC. d/b/a ) | |
| CHAMPION DODGE OF ) | |
| BARRINGTON and BANK ONE ) | |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |

FILED
JAN 19 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

Adam Berger
Mangan, Langhenry, Gillen & Lundquist
29 S. LaSalle Street
Suite 720
Chicago, Illinois 60603

On JAN 26, 2005 at 9:30, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Mark Filip or any judge sitting in his stead, in Room 1725, the courtroom usually occupied by him in the Everett McKinley Dirksen Building, Chicago, Illinois,, and **present a copy of the Motion for Enforce Revisions to Release, a copy of which is attached hereto and served upon you.**

By: _/s/_____
Attorney for Plaintiff

| | |
|---|---|
| Name: | KROHN & MOSS, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 120 West Madison Street, 10th Floor |
| City: | Chicago, Illinois 60602 |
| Telephone: | (312) 578-9428 |
| Firm I.D. No. | 33599 |

### CERTIFICATE OF SERVICE BY MAIL

The undersigned, attorney for Plaintiff, certifies that a true and correct copy of the foregoing Notice was served upon counsel of record by depositing the same on January 19, 2005, in the U.S. Mail Chute located at 120 West Madison Street, Chicago, Illinois, enclosed in an envelope with first class postage prepaid thereon.

By: _/s/_____
Attorney for Plaintiff